### J. S. RICHARDSON VS. A. H. BERNHARDT.

MAYO, J. Where plaintiff alleges on a contract, he cannot, as a general rule, prove a *quantum meruit;* but if the parties differ in their testimony as to what the contract was, evidence of the value of the services may properly be received to what amount and conditions of remuneration be most probable. 33 An. 59.

2. The members of the jury were doubtless acquainted with the parties and the witnesses. They heard the testimony and were much better able to judge of its proper weight than we can be, who are called upon to determine the case from the dry, cold record before us.

### SCHARFF & BERNHEIMER VS. McCULLOUGH, McLEOD & Co. J. T· HOWARD, INTERVENOR.

GUNBY, J. Where labor pay rolls, under the rules of a railroad company, are filed in its office, we consider them tantamount to an order to the company to pay the amounts due to the persons named therein, and the approval and filing of the rolls by the company work a complete assignment of the funds to the laborers, so that the contractor's creditors cannot reach it by attachment.

2. If a garnishee answer evasively, his answers may be taken for confessed; if he answer falsely, his answers must be traversed within twenty days; in all other cases his liability is to be tested by his answers, and he cannot be held for more than he admits to be due. 27 An. 93; 12 An. 814.